UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRYSTAL BANKS-WILLIAMS and
DOUGLAS WILLIAMS,

      Plaintiffs,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

      Defendant.
_____/

Case No. 16-10052

Honorable Nancy G. Edmunds

**ORDER REGARDING
MOTIONS *IN LIMINE* [19, 20, 21]**

In advance of the scheduled June 6, 2017 trial in this case, the parties filed a number of motions *in limine,* and the Court heard argument on these motions at a hearing held on May 30, 2017. For the reasons stated on the record at the May 30 hearing:

1. The Court hereby GRANTS Plaintiffs' May 23, 2017 motion *in limine* to preclude the admission of Plaintiffs' tax returns (Dkt. 20);

2. The Court hereby DENIES Plaintiffs' May 24, 2017 motion *in limine* to exclude certain aspects of the anticipated testimony of Defendant's expert, Robert Trenkle (Dkt. 21); and

3. The Court hereby GRANTS IN PART, DENIES IN PART, and TAKES UNDER ADVISEMENT IN PART Defendant's May 23, 2017 motion *in limine* (Dkt. 19), as follows:

    (a)    Defendant's request to preclude Plaintiffs from mentioning or offering evidence that they were not criminally prosecuted for arson is granted;

(b) Defendant's request to preclude Plaintiffs from referring to other instances of arson in the City of Detroit is granted, unless Defendant's expert opens the door to such evidence by referring to other instances of arson in his trial testimony;

(c) Defendant's request that the Court apply the "Broad Evidence Rule" at trial is taken under advisement, and Plaintiffs are granted leave to file a supplemental brief on this issue on or before **Friday, June 2, 2017**;

(d) Defendant's request that it be allowed to lead the proofs at trial is denied; and

(e) Defendant's request that the Court bifurcate the trial on the issues of liability and damages is denied.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 31, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager